United States District Court

Eastern District of California

Bobby Smith,

    Plaintiff,        No. Civ. S 00-1397 DFL PAN P

  vs.                Order

R. L. Andreasen,

    Defendants.

-oOo-

May 9, 2005, plaintiff moved to recuse the magistrate judge.

Plaintiff claims prejudice and bias based on rulings herein. Actions taken by a judge during proceedings are not proper grounds for disqualification. <u>United States v. Scholl</u>, 166 F.3d 964 (9th Cir. 1999). Therefore plaintiff's motion is denied.

So ordered.

Dated: May 12, 2005.

                                     /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge