United States District Court

Eastern District of California

Bobby Smith,

     Plaintiff,                       No. Civ. S 00-1397 DFL PAN P

  vs.                             Order

R. L. Andreasen, et al.,

     Defendants.

-oOo-

Good cause appearing, the Clerk of Court shall file defendant Ho's answer to the second amended complaint, attached as Exhibit A to the January 26, 2005, motion to set aside clerk's default, and date it April 13, 2005.

So ordered.

Dated: June 23, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge