IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY SMITH,

      Plaintiff,                 No. CIV S-00-1397 DFL EFB P

     vs.

R.L. ANDEASEN, et al.,

      Defendants.            <u>ORDER</u>

_____/

       Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On September 22, 2006, plaintiff filed a request asking the court to schedule a settlement conference by which the parties may negotiate and/or resolve this case by order or stipulation. On October 5, 2006, defendants filed a rejection of plaintiff's request for a settlement conference. Plaintiff's request will therefore be denied.

       Accordingly, it is ORDERED that plaintiff's September 22, 2006, request for the court to schedule a settlement conference is denied.

Dated: November 29, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE