**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOBBY SMITH,<br><br>      Plaintiff,<br><br>vs.<br><br>R.L. ANDREASEN, et al.,<br><br>      Defendants. | No. 2:00-CV-1397-RRB-EFB<br><br>**ORDER** |

      In the interest of economy, and for additional reasons more carefully articulated within the relevant pleadings, Defendants are hereby granted leave to file a motion for summary judgment. See Docket 120 at 8-9. The same shall be filed no later than the close of business on **Friday, October 12, 2007**; following which Plaintiff shall have until **Tuesday, October 23, 2007**, to file an opposition if any. Notwithstanding, this matter shall proceed forward in due course.

      **ENTERED** this 2nd day of October, 2007.

                                        S/RALPH R. BEISTLINE
                                      UNITED STATES DISTRICT JUDGE

ORDER RE DEFENDANTS' REQUEST
2:00-CV-1397-RRB-EFB