EDMUND G. BROWN JR.
Attorney General of the State of California
ALBERTO L. GONZÁLEZ
Supervising Deputy Attorney General
STEPHEN C. PASS
Deputy Attorney General
State Bar No. 131179
    1300 I Street, Suite 125
    P.O. Box 944255
    Sacramento, CA 94244-2550
    Telephone: (916) 322-2558
    Fax: (916) 322-8288
    Email: Stephen.Pass@doj.ca.gov

Attorneys for Defendants Dr. Printz, MTA R. Blake,
RN Regacho (erroneously sued as Regacgo), Dr.
Andreasen and Dr. Chao Ho.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Bobby Smith,** | Case No. CIV S-00-1397 RRB EFB P |
| Plaintiff, | **JUDGMENT** |
| **v.** | |
| **Dr. Allen; Dr. Printz; Dr. Allenpig; Regacgo; and R. Blake ,** | |
| Defendants. | |

        The  action came on for hearing before this Court on Monday, October 29, 2007,

Hon. Ralph R. Beistline, District Judge Presiding, on a Motion for Summary Judgment, and the

evidence presented having been fully considered, the issues having been duly heard and a decision

having been duly rendered,

/ / /

/ / /

JUDGMENT

1

1             IT IS ORDERED AND ADJUDGED that  plaintiff, Bobby Smith, take nothing, that

2  the action be dismissed on the merits, and that each party bear their own costs.

3             ENTERED this 6th day of November, 2007.

4                      s/RALPH R. BEISTLINE
                        UNITED STATES DISTRICT JUDGE

0cv1397.j.1106 - smith.wpd
SA2003CV0287

JUDGMENT

2