1  EDMUND G. BROWN JR.
Attorney General of the State of California
2  ALBERTO L. GONZÁLEZ
Supervising Deputy Attorney General
3  STEPHEN C. PASS
Deputy Attorney General
4  State Bar No. 131179
    1300 I Street, Suite 125
5    P.O. Box 944255
    Sacramento, CA 94244-2550
6    Telephone: (916) 322-2558
    Fax: (916) 322-8288
7    Email: Stephen.Pass@doj.ca.gov

8  Attorneys for Defendants Dr. Printz, MTA R. Blake,
RN Regacho (erroneously sued as Regacgo), Dr.
9  Andreasen and Dr. Chao Ho.

10

11

12                    IN THE UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  **Bobby Smith,**                              Case No. CIV S-00-1397 RRB EFB P

16                              Plaintiff,        **ORDER**

17            **v.**

18  **Dr. Allen; Dr. Printz; Dr. Allenpig;
Regacgo; and R. Blake ,**

19                              Defendants.

20

21

22            The motion of defendants Dr. Printz, MTA R. Blake, RN Regacho (erroneously sued

23  as Regacgo), Dr. Andreasen and Dr. Chao Ho for summary judgment came on regularly for hearing

24  before this Court on Monday, October 29, 2007.  Bobby Smith, in pro per, appeared representing

25  himself and Stephen C. Pass, Deputy Attorney General, appeared as attorney for defendants and

26  moving parties.

27            After considering the moving papers and oral arguments of defendants and of plaintiff

28  (as plaintiff failed to file a written opposition), and all other matters presented to the Court,

ORDER RE: GRANTING DEFENDANTS' SUMMARY JUDGMENT; SANCTION

1

1    IT IS HEREBY ORDERED THAT defendants' motion for summary judgment is

2    GRANTED as to all defendants.

3    IT IS FURTHER ORDERED THAT defendants collectively are sanctioned $250.00,

4    payable to plaintiff, due to the delay in filing their summary judgment motion.

5    ENTERED this 6th day of November, 2007.

6    s/RALPH R. BEISTLINE
     UNITED STATES DISTRICT JUDGE

7

8
     0cv1397.o.1106 - smith.wpd
9    SA2003CV0287

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE: GRANTING DEFENDANTS' SUMMARY JUDGMENT; SANCTION

2